[No. 21097-5-II.    Division Two.    December 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
EARL WALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03635-1, Nile E. Aubrey, J., entered July
25, 1996. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Seinfeld and Armstrong, JJ.

[No. 21195-5-II.    Division Two.    December 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRILL
NATHAN SHIRK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 96-1-00240-7, H. John Hall, J., entered
September 27, 1996. *Reversed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.

[No. 31743-1-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA
D. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03598-3, Laura C. Inveen, J., entered
November 17, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 36460-0-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NORM
JOHN TRAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00999-5, Anita Louise Farris, J.,
entered April 14, 1995. *Affirmed* by unpublished per
curiam opinion.